UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CYNTHIA DONNETTA JERNIGAN,

    Plaintiff,

v.                                            Case No. 8:23-cv-962-VMC-SPF

KILOLO KIJAKAZI,
Acting Commissioner of the Social
Security Administration,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

Pursuant to sentence four of 42 U.S.C. § 405(g), Plaintiff seeks judicial review of an administrative decision denying his claim for Social Security disability benefits (*see* Doc. 1). At this juncture, the Commissioner seeks entry of an order reversing and remanding the case for further administrative action. Specifically, the Commissioner asserts:

> On remand, the Appeals Council will instruct the Agency to: (1) re-evaluate the opinion evidence; (2) take any further action needed to complete the administrative record; and (3) issue a new decision.

(Doc. 10 at 1). Plaintiff has no objection.

Upon consideration, it is hereby **RECOMMENDED**:

1. Defendant's Unopposed Motion for Entry of Judgment with Remand (Doc. 10) be **GRANTED**.

2. The Commissioner's decision be **REVERSED** and the case be **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

3. The Clerk of Court be directed to enter judgment for Plaintiff and close this case.

**IT IS SO REPORTED** at Tampa, Florida on July 5, 2023.

_____
SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE

## NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. See 11th Cir. R. 3-1.